USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMEE D. WILSON,

                      Plaintiff,

        - against -

NEW YORK CORRECTIONS
DEPARTMENT et al,

                     Defendants.
------------------------------------------------------------X

22-CV-8863 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Further to the memo endorsement at Dkt. 17 granting Defendant permission to proceed with a motion to dismiss, the initial pretrial conference and filing of a case management plan and schedule, as well as discovery, are stayed pending determination of the motion to dismiss.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1