USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAMEE D. WILSON,                               :
                                               :         22-CV-8863 (VEC) (RWL)
                           Plaintiff,          :
                                               :         **ORDER**
           - against -                         :
                                               :
NEW YORK CORRECTIONS                           :
DEPARTMENT et al,                              :
                                               :
                           Defendants.         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The most recent mailing to Plaintiff was returned to sender. Accordingly, Defendant is directed to use good faith efforts to determine whether Plaintiff has been transferred to another facility or released, and, if so, his current address. Defendant shall file a letter reporting the results by July 10, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1