```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMEE D. WILSON,

                Plaintiff,

      - against -

NEW YORK CORRECTIONS
DEPARTMENT et al,

                Defendants.
------------------------------------------------------------X

22-CV-8863 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully requested to change Plaintiff's address on the docket to the address provided by defense counsel at Dkt. 20 and to mail to Plaintiff at his new address any docket entries sent by the Court and returned to sender.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2023
        New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Ramee D. Wilson
889 St. Nicholas Avenue, Apartment 219
New York, New York 10032

1