```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
RAMEE D. WILSON,                                    :
                                                    :     22-CV-8863 (VEC) (RWL)
                              Plaintiff,            :
                                                    :     **ORDER**
              - against -                           :
                                                    :
NEW YORK CORRECTIONS                                :
DEPARTMENT et al,                                   :
                                                    :
                              Defendants.           :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 10, 2023, Defendants filed a motion to dismiss.  (Dkts. 21, 23.)  Plaintiff's

response was due by August 24, 2023 (*see* Dkt. 17), but no response appears on the

docket.  Accordingly, by **September 11, 2023**, (1) Defendants shall file proof of service

of their motion to dismiss papers; (2) Defendants shall serve Plaintiff with a copy of this

order and file proof of service of same.  The Court sua sponte extends Plaintiff's time to

respond to the motion to dismiss to **October 4, 2023**, and Defendants' time to reply to

**October 25, 2023**.  If Plaintiff fails to file a response, the Court will proceed to resolve the

motion to dismiss on the current record, and Plaintiff's failure to respond may be grounds

alone for granting the motion.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2023
      New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Ramee D. Wilson
889 St. Nicholas Avenue, Apartment 219
New York, New York 10032