```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMEE D. WILSON,                                            :
                                                            :    22-CV-8863 (AS) (RWL)
                        Plaintiff,                          :
                                                            :    ORDER
        - against -                                         :
                                                            :
NEW YORK CORRECTIONS                                        :
DEPARTMENT et al,                                           :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The most recent mailing to Plaintiff has been returned to sender due to "Not Delivery As Addressed." The address identified is the same as currently appears on ECF, and Plaintiff has not filed any notice of updated address. Accordingly, by October 5, 2023, Defendants shall file a letter indicating whether they have any further address information for Plaintiff.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2023
       New York, New York

Copies transmitted this date to all counsel of record.