```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMEE D. WILSON,                                            :
                                                            :      22-CV-8863 (AS) (RWL)
                                       Plaintiff,           :
                                                            :      ORDER
        - against -                                         :
                                                            :
NEW YORK CORRECTIONS                                        :
DEPARTMENT et al,                                           :
                                                            :
                                       Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Currently pending is Defendants' motion to dismiss. Over the last few months, orders and notices sent by the Court to Plaintiff at his address listed on ECF have been returned to sender as undeliverable due to Plaintiff's not living at the address indicated. Plaintiff has done nothing to request the Court to update his address on ECF, as is his responsibility. And while Defendants were able to provide a last known address (the address on ECF having been a prison address), mailings to that address have been undeliverable as well. Accordingly, the case appears suitable for dismissal (without prejudice due to the relatively early stage of the litigation) for failure to prosecute. Accordingly, if by November 6, 2023, Plaintiff still has not updated his address or otherwise re-appeared, then, by November 20, 2023, Defendants shall file a letter brief moving to dismiss for failure to prosecute. Defendants' letter shall indicate whether they are or are not amenable to dismissal without prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff's last known address as indicated on ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2023
        New York, New York

Copies transmitted this date to all counsel of record.